UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**

May 24, 2018

CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

ANDRE DAMON JUSTICE,

Defendant.

Case No. 2:18-mj-00100-CKD

**ORDER FOR RELEASE OF
PERSON IN CUSTODY**

TO:  UNITED STATES MARSHAL:

This is to authorize and direct you to release  ANDRE DAMON JUSTICE ,

Case No. 2:18-mj-00100-CKD  Charge 21 USC § 841(a)(1) , from custody for the

following reasons:for the following reasons:

_____  Release on Personal Recognizance

_____  Bail Posted in the Sum of $ _____

__x__  Unsecured Appearance Bond $ _____100,000.00_____

_____  Appearance Bond with 10% Deposit

_____  Appearance Bond with Surety

_____  Corporate Surety Bail Bond

_____  (Other):

Issued at Sacramento, California on May 22, 2018 at 2:25 p.m.

By: _____

Magistrate Judge Carolyn K. Delaney